**Fill in this information to identify your case:**

Debtor 1: Frida Naah Ngam
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Maryland

Case number (if know): 21-15765

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy  4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**
☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**
☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

### Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:**<br>**(Subject to adjustment for business expenses)** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 46,679.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2020) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 17,154.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2019) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 4,754.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |

Debtor  Frida Naah Ngam
_____First Name___Middle Name___Last Name_____    Case number *(if known)* 21-15765

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

|  | **Debtor 1** |  | **Debtor 2** |  |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security | $ 18,076.00 |  |  |
| **For last calendar year:**<br>(January 1 to December 31, 2020) |  |  |  |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2019) |  |  |  |  |

---

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **BB&T**<br>Creditor's Name<br>**PO Box 1290**<br>Number   Street<br>**Whiteville   NC   28472**<br>City   State   ZIP Code | 08/15/2021<br>07/15/2021<br>06/15/2021 | $ 815.49 | $ 8,524.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor  __Frida__  __Naah__  __Ngam__    Case number *(if known)* __21-15765__
First Name   Middle Name   Last Name

| | | | | |
|---|---|---|---|---|
| __T-Mobile__<br>Creditor's Name<br>__P.O. Box 53410__<br>Number  Street<br>__Bellevue__  __WA__    __98015__<br>City   State   ZIP Code | __7/15/2021__<br>__6/15/2021__ | $ __1,140.00__ | $ __Unknown__ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other<br>__Cell phones account__ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title:<br>Orso v. Disner, et al. (incls. Defendant Class of Net Winners in ZeekRewards.com)<br>Case number: __3:14-CV-91__ | Class action against Net Winners in ZeekRewards | __United States District Court for Western District__<br>Court Name<br>__of North Carolina__<br><br>Number   Street<br><br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title:<br>__Matthew Orso vs Frida Ngam__<br>Case number:<br>__C-13-JG-20-001970__ | Judgment; Date filed: 09/02/2020 | __Circuit Court for Howard County__<br>Court Name<br><br>Number   Street<br>__MD__<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details

Debtor  Frida Naah Ngam
       First Name   Middle Name   Last Name
Case number *(if known)* 21-15765

## 12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No
☐ Yes

### Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Hannah Ngam Ndeta (Cameroon) deceased<br>*Person to Whom You Gave the Gift*<br><br>*Number    Street*<br><br>*City    State    ZIP Code*<br>Person's relationship to you  Sister | Support for family in Cameroon sent between 9/2019 and 3/2021; amount unknown at this time; exact amount to be provided once ordered records are received from Western Union | 3/2021 | $ 0.00 |
| Clara Ngam Ning (Cameroon) deceased<br>*Person to Whom You Gave the Gift*<br><br>*Number    Street*<br><br>*City    State    ZIP Code*<br>Person's relationship to you  Sister | Support for family in Cameroon sent between 9/2019 and 3/2021; amount unknown at this time; exact amount to be provided once ordered records are received from Western Union | 3/2021 | $ 0.00 |
| Fri Ndeta<br>*Person to Whom You Gave the Gift*<br><br>*Number    Street*<br>Bamenda, Cameroon<br>*City    State    ZIP Code*<br>Person's relationship to you<br>Niece in Cameroon | $200/month from 4/2021 - 8/2021, and ongoing for support after sister's death | 4/2021 | $ 1,000.00 |
| Dylis Ndeta<br>*Person to Whom You Gave the Gift*<br><br>*Number    Street*<br>Douala, Cameroon<br>*City    State    ZIP Code*<br>Person's relationship to you<br>Niece in Cameroon | $200/month from 4/2021 - 8/2021, and ongoing for support after sister's death | 4/2021 | $ 1,000.00 |
| Fru Ndeta<br>*Person to Whom You Gave the Gift*<br><br>*Number    Street*<br>Bamenda, Cameroon<br>*City    State    ZIP Code*<br>Person's relationship to you<br>Nephew in Cameroon | $200/month from 4/2021 - 8/2021, and ongoing for support after sister's death | 4/2021 | $ 1,000.00 |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Larrisa Ning<br>Person to Whom You Gave the Gift<br><br>Number  Street<br>Basousama, Cameroon<br>City  State  ZIP Code<br>Person's relationship to you<br>Niece in Cameroon | $200/month from 4/2021 - 8/2021, and ongoing for support after sister's death | 4/2021 | $ 1,000.00 |
| Jenkins Samwed<br>Person to Whom You Gave the Gift<br>121 Boone Lake Way<br>Number  Street<br>Fuquay Varina NC  27526<br>City  State  ZIP Code<br>Person's relationship to you<br>Son (on behalf of 2 grandchildren) | $400/month for family support to help with Debtor's 2 grandchildren's expenses | 8/2021 | $ 7,200.00 |
| Hosea Mundi<br>Person to Whom You Gave the Gift<br>8727 Timber Oak Lane<br>Number  Street<br>Laurel MD  20723<br>City  State  ZIP Code<br>Person's relationship to you  Grandchild | $125/month from 9/2021 - 8/2021, and ongoing for family support | 8/2021 | $ 3,000.00 |
| Nadia Mundi<br>Person to Whom You Gave the Gift<br>8727 Timber Oak Lane<br>Number  Street<br>Laurel MD  20723<br>City  State  ZIP Code<br>Person's relationship to you  Grandchild | $125/month from 9/2021 - 8/2021, and ongoing for family support | 8/2021 | $ 3,000.00 |
| Yufunyi Mundi<br>Person to Whom You Gave the Gift<br>8727 Timber Oak Lane<br>Number  Street<br>Laurel MD  20723<br>City  State  ZIP Code<br>Person's relationship to you  Grandchild | $125/month from 9/2021 - 8/2021, and ongoing for family support | 8/2021 | $ 3,000.00 |
| Gina Mundi<br>Person to Whom You Gave the Gift<br>8727 Timber Oak Lane<br>Number  Street<br>Laurel MD  20723<br>City  State  ZIP Code<br>Person's relationship to you  Grandchild | $125/month from 9/2021 - 8/2021, and ongoing for family support | 8/2021 | $ 3,000.00 |

Debtor  Frida Naah Ngam
        First Name   Middle Name   Last Name

Case number *(if known)* 21-15765

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Nene Ning<br>Person to Whom You Gave the Gift<br>Yaoulde, Cameroon<br>Number   Street<br>Yaoulde, Cameroon<br>City           State    ZIP Code<br>Person's relationship to you<br>Niece in Cameroon | $200/month from 4/2021 - 8/2021, and ongoing for support after sister's death | 4/2021 | $ 1,000.00 |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Silver Spring Presbyterian Church<br>Charity's Name<br>580 University Blvd. E.<br>Number   Street<br>Silver Spring   MD    20901<br>City           State    ZIP Code | Tithes 9/2019 - 8/2021 ($200/month) | 8/2021 | $ 4,800.00 |

### Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| Money paid for Ethereum Miner, but never got the miner and money not refunded. | Claim Pending: No, Not covered by insurance: $9,000.00 | 12/2021 | $ 9,000.00 |
| Lost Airbit club, an online business that I thought was real. | Claim Pending: No, Not covered by insurance: $24,000.00 | 12/2020 | $ 24,000.00 |

### Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

Debtor  Frida Naah Ngam
        First Name  Middle Name  Last Name                                   Case number *(if known)* 21-15765

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| The Burns Law Firm, LLC<br>6303 Ivy Lane, Ste 102<br>Greenbelt MD  20770 | Retainer Fees | 09/2021 | $ 2,640.00<br>$ |
| The Burns Law Firm, LLC<br>6303 Ivy Lane, Ste 102<br>Greenbelt MD  20770 | Costs | 09/2021 | $ 500.00<br>$ |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

Debtor  Frida Naah Ngam
        First Name  Middle Name  Last Name                                    Case number *(if known)* 21-15765

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☐ No
☑ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Storage Unit<br>Name of Storage Facility<br><br>Number   Street<br><br>City    State   ZIP Code | Name<br><br>Number   Street<br><br>City    State   ZIP Code | 2 beds, one dining set with 6 chairs, living room set, plates & spoons (in storage), $500.00 | ☐ No<br>☑ Yes |

### Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

### Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

### Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation
☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

Debtor  Frida Naah Ngam
       First Name   Middle Name   Last Name

Case number *(if known)* 21-15765

| Business Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| HMG Investments, Inc<br>Business Name<br>8727 Timber Oak Lane<br>Number   Street<br>Laurel MD   20723<br>City   State   ZIP Code | Debtor is 100% owner of company<br><br>**Name of accountant or bookkeeper**<br>JM Accounting Inc, LLC | EIN: 4 5 - 5 2 3 2 9 5 5<br>**Dates business existed**<br>From 01/01/2012  To Current |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

Debtor  Frida Naah Ngam
        First Name   Middle Name   Last Name

Case number *(if known)* 21-15765

---

**Part 12:   Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Frida Naah Ngam
Signature of Debtor 1

✖ _____
Signature of Debtor 2

Date  10/08/2021

Date  _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).