IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| FRIDA NAAH NGAM | * | Case No.: 21-15765 |
| | | Chapter 7 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO EXTEND DEADLINE**
**TO FILE COMPLAINTS OBJECTING TO DISCHARGE**

The above-captioned Debtor hereby requests that this Court enter an Order extending the time for all parties-in-interest to file a complaints objecting to discharge, and in support states as follows:

The Debtor in exchange for the trustee's agreement to continue the Section 341 Meeting of Creditors for the above-captioned case, consents to the entry of an Order extending the time for all parties-in-interest to file complaints objecting to the discharge of the Debtor.

WHEREFORE, Debtor respectfully requests that this Court enter an Order extending the original deadline for all parties-in-interest to file complaints objecting to the discharge of the Debtor(s) by sixty (60) days.

                                                    Respectfully submitted,

                                                    By:/s/ John D. Burns, Esquire  #22777
                                                    John D. Burns, Esquire   #22777
                                                    The Burns LawFirm, LLC
                                                    6303 Ivy Lane, Suite 102
                                                    Greenbelt, MD  20770
                                                    Phone: (301) 441-8780
                                                    Email: info@burnsbankruptcyfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of October, 2021, I sent via ECF or via first class mail postage prepaid, a copy of the Consent Motion to Extend Deadline To File Complaint Objecting To Discharge to all parties on the attached mailing matrix and to:

**VIA ECF:**
Marc H. Baer, Chapter 7 Trustee
455 Main Street
Reisterstown, MD  21136

**VIA FIRST CLASS MAIL, POSTAGE PREPAID:**
Office of the UST
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

(Matrix of Creditors)

    /s/ John D. Burns, Esquire_____
John D. Burns, Esquire  #22777

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                         *

FRIDA NAAH NGAM            *      Case No.: 21-15765
                                                          Chapter 7
          Debtor                       *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER GRANTING DEBTOR'S CONSENT
MOTION TO EXTEND DEADLINE TO FILE
<u>COMPLAINTS OBJECTING TO DISCHARGE</u>**

Upon consideration of the Debtor's Consent Motion to Extend the Deadline to File Complaints Objecting to Discharge, good cause appearing therein, it is, therefore, it is the above stated date, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the original deadline for all parties-in-interest to file complaints objecting to the discharge of the Debtor(s) be and is hereby extended for a period of sixty (60) days.

cc:     Debtor(s)
        Debtor(s) Counsel
        Chapter 7 Trustee
        U.S. Trustee

**(END OF ORDER)**

```
Label Matrix for local noticing          Mercedes-Benz Financial Services USA LLC   Synchrony Bank
0416-1                                   c/o BK Servicing, LLC                      c/o PRA Receivables Management, LLC
Case 21-15765                            PO Box 131265                              PO Box 41021
District of Maryland                     Roseville, MN 55113-0011                   Norfolk, VA 23541-1021
Baltimore
Mon Oct 11 15:05:13 EDT 2021

1stprogress/1stequity/                   American Express                           Amex
PXBXX X05XXXX                            PO Box 31525                               Po Box 297871
Johnson City, TN 37615-9053              Salt Lake City, UT 84131-0525              Fort Lauderdale, FL 33329-7871


Avant                                    Avant Llc/Web Bank                         (p)BB AND T
PO Box 2360                              222 N Lasalle St Ste 160                   PO BOX 1847
Omaha, NE 68103-2360                     Chicago, IL 60601-1003                     WILSON NC 27894-1847


Brclysbankde                             Central Collection Unit                    Citi
P.O. Box 8803                            300 W Preston St                           Po Box 6241
Wilmington, DE 19899-8803                Baltimore, MD 21201-2307                   Sioux Falls, SD 57117-6241


(p)COMPTROLLER OF MAYLAND                DLLR                                       Division of Unemployment Insurance
BANKRUPTCY UNIT                          500 N Calvert St                           1100 N. Eutaw Street, Room 401
301 W PRESTON ST ROOM 409                Baltimore, MD 21202-3659                   Baltimore, MD 21201-2225
BALTIMORE MD 21201-2396


Fedloan                                  First Progress                             Gordon Feinblatt, LLC
Po Box 60610                             PO Box 9053                                1001 Fleet Street, Suite 700
Harrisburg, PA 17106-0610                Johnson City, TN 37615-9053                Baltimore, MD 21202-4363


Grant Riffkin Strauss PC                 Howard County Maryland                     (p)INTERNAL REVENUE SERVICE
Atty for Nationwide Judgment Recovery In Finance Department                         CENTRALIZED INSOLVENCY OPERATIONS
15204 Omega Drive, Ste 210               3430 Courthouse Drive                      PO BOX 7346
Rockville, MD 20850-4838                 Ellicott City, MD 21043-4300               PHILADELPHIA PA 19101-7346


(p)JEFFERSON CAPITAL SYSTEMS LLC         Law Office Kind & Dashoff, LLC             (p)DSNB MACY S
PO BOX 7999                              Atty for Nationwide Judgment Recovery, I   CITIBANK
SAINT CLOUD MN 56302-7999                One Church Lane                            1000 TECHNOLOGY DRIVE MS 777
                                         Pikesville, MD 21208-3709                  O FALLON MO 63368-2222


Matthew E. Orso as Receiver for Rex Venture  Mb Fin Svcs                            McGuire Woods LLP
McGuire Woods LLP                            P.O. Box 961                           Irving M Brenner
XXXXXXXX                                     Roanoke, TX 76262-0961                 201 North Tryon Street
201 North Tryon Street                                                              Charlotte, NC 28202-2179
XharlotteX NC 28202-2146


McGuire Woods LLP                        McGuire Woods LLP                          McGuireWoods LLP
Kenneth D Bell                           Nicole S Griffin                           Kelly Anderson Warlich
Fifth Third Center, 201 North Tryon Stre 201 North Tryon Street, Suite 3000         201 North Tryon Street, Suite 3000
Charlotte, NC 28202-2179                 Charlotte, NC 28202-2179                   Charlotte, NC 28202-2146
```

McGuireWoods LLP
Matthew E Orso
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-2146

Mercedes Benz Financia
36455 Corporate Dr
Farmington Hills, MI 48331-3552

Nationwide Judgment Recovery, Inc.
PO Box 95
Stanton, CA 90680-0095

Office of Law
Howard County, Maryland
3430 Courthouse Drive
Ellicott City, MD 21043-4300

Paypal Credit / SYNCB / PPC
PO Box 1847
Wilson, NC 27894-1847

SYNCB / PPC
PO Box 1847
Wilson, NC 27894-1847

State of Maryland - Dept of Assessments
301 W Preston St
Baltimore, MD 21201-2383

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2225

Syncb/Lowe's
170 Election Road
Suite 125
Drapper, UT 84020-6425

Syncb/Ppc
Po Box 530975
Orlando, FL 32896-0001

Troutman Sanders
Jacob Richard Francheck
301 S College Street, 34th Floor
Charlotte, NC 28202-6000

Troutman Sanders
Joshua Daniel Davey
301 S College Street, 34th Floor
Charlotte, NC 28202-6000

U.S Securities and Exchange Commission
100 F St NE
Washington, DC 20549-2001

US Attorney for the District of Maryland
36 S Charles St, Fl 4
Baltimore, MD 21201-3020

US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Universal Collction Sv
7370 Grace Dr Ste B
Columbia, MD 21044-3298

Universal Credit Collections
7370 Grace Drive, Suite B
Columbia, MD 21044-3298

Frida Naah Ngam
8727 Timber Oak Lane     (EMAIL)
Laurel, MD 20723-5905

John Douglas Burns
 The Burns LawFirm, LLC     (ECF)
6303 Ivy Lane, Ste. 102
Greenbelt, MD 20770-6322

Marc H. Baer
455 Main Street     (ECF)
Reisterstown, MD 21136-1979