Entered: October 14th, 2021
Signed: October 13th, 2021

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:   Case No.: **21−15765 − MMH**   Chapter: **7**

**Frida Naah Ngam**
Debtor

## ORDER GRANTING CONSENT MOTION
## TO EXTEND DEADLINE TO FILE
## COMPLAINTS OBJECTING TO DISCHARGE

Upon consideration of a Consent Motion to Extend the Deadline to File Complaints Objecting to Discharge, good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the deadline for all parties−in−interest to file complaints objecting to the discharge of the Debtor is extended to **February 18, 2022.**

NOTICE: THIS ORDER DOES NOT EXTEND THE DEADLINE TO FILE A COMPLAINT TO DETERMINE THAT A DEBT IS NOT DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(c).

cc:   Debtor
      Attorney for Debtor − John Douglas Burns
      Case Trustee − Marc H. Baer
      U.S. Trustee
      All Creditors

**End of Order**

(kgm)