# United States Bankruptcy Court

District of Maryland

In re

**FRIDA NAAH NGAM**

Case No.  21-15765

Chapter  7

**Debtor**

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   ☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ $495.00 per hour JDB; $355.00 per hour MKR; $295.00 per hour PL

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . .   $2,640.00

   Amount Received from Debtor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $3,671.00

   Total Retainer Plus Amount Received from Debtor . . . . . . . . . . . . .   $6,311.00

2. The source of the compensation paid to me was:

   ☒ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. ~~Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;~~

   b. ~~Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;~~

   c. ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;~~

B2030 (Form 2030) (12/15)

    d. [Other provisions as needed]

Hourly representation in Chapter 7 Bankruptcy Case. Costs of $500.00 have been received and are not included in the above amounts.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Any matter not within Paragraph #5 including but not limited to: Complex Litigation; Adversary Proceedings; US Trustee Audits

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/15/2021

*Date*

/s/ John D Burns, 22777

*Signature of Attorney*

The Burns Law Firm, LLC

*Name of law firm*

6303 Ivy Lane, Ste 102
Greenbelt, MD 20770

3014418780

info@burnsbankruptcyfirm.com