Entered: December 22nd, 2021
Signed: December 21st, 2021
**SO ORDERED**



*Michelle M. Harner*
**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| **Frida Naah Ngam** | ) | |
| | ) | Case No. 21-15765-MMH |
| Debtor. | ) | |
| | ) | |

### ORDER EXTENDING TIME FOR NATIONWIDE JUDGMENT RECOVERY, INC. TO FILE A COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF CERTAIN DEBT PURSUANT TO 11 U.S.C. § 523(c)

This matter is before the Court on the Motion of Nationwide Judgment Recovery, Inc. ("**Nationwide**"), to Extend the Time Within Which to File a Complaint Objecting to the Dischargeability of Certain Debt Pursuant To 11 U.S.C § 523(c) (the "**Motion**"). The Court having read and considered the Motion; and it appearing that the Motion was filed before the expiration of the deadline for filing a complaint to determine the dischargeability of a debt; it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is granted, and the time within which Nationwide must file a complaint to determine the dischargeability of a debt pursuant to 11 U.S.C. § 523(c) is hereby extended to and including February 18, 2022.

Copies to:

Richard E. Hagerty
John Douglas Burns
Marc H. Baer, Chapter 7 Trustee
(all via CM/ECF)

Frida Naah Ngam
8727 Timber Oak Lane
Laurel, MD 20723
*Debtor*

**END OF ORDER**