Entered: December 27th, 2021
Signed: December 27th, 2021

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **21–15765 – MMH**   Chapter: **7**

**Frida Naah Ngam**
Debtor

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice filed by Kay S. Kress as counsel for Nationwide Judgment Recovery, Inc., and his/her statements in support thereof, and upon the recommendation of Richard E. Hagerty, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to Local Bankruptcy Rule 9010–3(b) and District Court Local Rule 101.1(b), the motion is granted.

To receive electronic notices and/or file electronically, Kay S. Kress must register for a CM/ECF filing account on the court's web site at http://www.mdb.uscourts.gov/content/training–and–registration.

cc:   Debtor – Frida Nah Ngam
      Attorney for Debtor – John Douglas Burns
      Movant – Kay S. Kress
      Local Counsel – Richard E. Hagerty
      Case Trustee – Marc H. Baer
      U.S. Trustee

**End of Order**

01x01 (rev. 06/16/2015) – JosephChandler