IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| FRIDA NAAH NGAM | * | Case No.: 21-15765 |
| | | Chapter 7 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO FURTHER EXTEND DEADLINE
TO FILE COMPLAINTS OBJECTING TO DISCHARGE**

The above-captioned Debtor hereby requests that this Court enter an Order extending the time for all parties-in-interest to file a complaints objecting to discharge, and in support states as follows:

The Debtor in exchange for the trustee's agreement to continue the Section 341 Meeting of Creditors for the above-captioned case from February 1, 2022 to February 15, 2022, consents to the entry of an Order extending the time for all parties-in-interest to file complaints objecting to the discharge of the Debtor.

WHEREFORE, Debtor respectfully requests that this Court enter an Order extending the deadline for all parties-in-interest to file complaints objecting to the discharge of the Debtor(s) from February 18, 2022 to March 21, 2022.

Respectfully submitted,

By:/s/ John D. Burns, Esquire  #22777
John D. Burns, Esquire   #22777
The Burns LawFirm, LLC
6303 Ivy Lane, Suite 102
Greenbelt, MD  20770
Phone: (301) 441-8780
Email: info@burnsbankruptcyfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January, 2022, I sent via ECF or via first class mail postage prepaid, a copy of the Consent Motion to Extend Deadline To File Complaint Objecting To Discharge to all parties on the attached mailing matrix and to:

**VIA ECF:**
Marc H. Baer, Chapter 7 Trustee
455 Main Street
Reisterstown, MD  21136

**VIA FIRST CLASS MAIL, POSTAGE PREPAID:**
Office of the UST
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

(Matrix of Creditors)

  /s/ John D. Burns, Esquire_____
John D. Burns, Esquire  #22777

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| FRIDA NAAH NGAM | * | Case No.:  21-15765 |
| | | Chapter 7 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING DEBTOR'S CONSENT
MOTION TO FURTHER EXTEND DEADLINE TO FILE
<u>COMPLAINTS OBJECTING TO DISCHARGE</u>**

Upon consideration of the Debtor's Consent Motion to Extend the Deadline to File Complaints Objecting to Discharge, good cause appearing therein, it is, therefore, it is the above stated date, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the deadline for all parties-in-interest to file complaints objecting to the discharge of the Debtor(s) be and is hereby extended from February 18, 2022 to March 21, 2022.

cc: Debtor(s)
Debtor(s) Counsel
Chapter 7 Trustee
U.S. Trustee

**(END OF ORDER)**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 21-15765<br>District of Maryland<br>Baltimore<br>Mon Jan 31 17:44:28 EST 2022 | Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Truist Bank<br>XXXXXXXXXXX<br>XXXXXXXXXXXX | 1stprogress/1stequity/<br>Po Box 9053<br>Johnson City, TN 37615-9053 | American Express<br>PO Box 31525<br>Salt Lake City, UT 84131-0525 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Avant<br>PO Box 2360<br>Omaha, NE 68103-2360 | Avant Llc/Web Bank<br>222 N Lasalle St Ste 160<br>Chicago, IL 60601-1003 |
| (p)BB AND T   (Truist Bank)<br>PO BOX 1847<br>WILSON NC 27894-1847 | Brclysbankde<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 | (p)STATE OF MARYLAND CENTRAL COLLECTION UNIT<br>ATTN OFFICE OF THE ATTORNEY GENERAL<br>300 W PRESTON ST RM 407<br>BALTIMORE MD 21201-2309 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | DLLR<br>500 N Calvert St<br>Baltimore, MD 21202-3659 |
| Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | Fedloan<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | First Progress<br>PO Box 9053<br>Johnson City, TN 37615-9053 |
| Gordon Feinblatt, LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, MD 21202-4363 | Grant Riffkin Strauss PC<br>Atty for Nationwide Judgment Recovery In<br>15204 Omega Drive, Ste 210<br>Rockville, MD 20850-4838 | Howard County Maryland<br>Finance Department<br>3430 Courthouse Drive<br>Ellicott City, MD 21043-4300 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Law Office Kind & Dashoff, LLC<br>Atty for Nationwide Judgment Recovery, I<br>One Church Lane<br>Pikesville, MD 21208-3709 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Matthew E. Orso as Receiver for Rex Venture<br>McGuire Woods LLP<br>201 North Tryon Street<br>Charlotte, NC 28202-2146 | Mb Fin Svcs<br>P.O. Box 961<br>Roanoke, TX 76262-0961 |
| McGuire Woods LLP<br>Irving M Brenner<br>XXXXXXXXXXXXXXXXX<br>Charlotte, NC 28202-2179 | McGuire Woods LLP<br>Kenneth D Bell<br>Fifth Third Center, 201 North Tryon Stre<br>Charlotte, NC 28202-2179 | McGuire Woods LLP<br>Nicole S Griffin et al.<br>201 North Tryon Street, Suite 3000<br>Charlotte, NC 28202-2179 |

| | | |
|---|---|---|
| McGuireWoods LLP<br>Kelly Anderson Warlich<br>~~201 North Tryon Street, Suite 3000~~<br>Charlotte, NC 28202-2146 | McGuireWoods LLP<br>Matthew E Orso<br>~~201 North Tryon Street, Suite 3000~~<br>Charlotte, NC 28202-2146 | Mercedes Benz Financia<br>36455 Corporate Dr<br>Farmington Hills, MI 48331-3552 |
| Nationwide Judgment Recovery, Inc.<br>PO Box 95<br>Stanton, CA 90680-0095 | Office of Law<br>~~Howard County, Maryland~~<br>3430 Courthouse Drive<br>~~Ellicott City, MD 21043-4300~~ | Paypal Credit / SYNCB / PPC<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| SYNCB / PPC<br>PO Box 1847<br>Wilson, NC 27894-1847 | State of Maryland - Dept of Assessments<br>~~301 W Preston St~~<br>~~Baltimore, MD 21201-2383~~ | State of Maryland DLLR<br>~~Division of Unemployment Insurance~~<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 |
| Syncb/Lowe's<br>170 Election Road<br>Suite 125<br>Drapper, UT 84020-6425 | Syncb/Ppc<br>Po Box 530975<br>Orlando, FL 32896-0001 | Troutman Sanders<br>Jacob Richard Francheck  et al.<br>301 S College Street, 34th Floor<br>Charlotte, NC 28202-6000 |
| Troutman Sanders<br>Joshua Daniel Davey<br>~~301 S College Street, 34th Floor~~<br>Charlotte, NC 28202-6000 | U.S Securities and Exchange Commission<br>100 F St NE<br>~~Washington, DC 20549-1001~~ | US Attorney for the District of Maryland<br>36 S Charles St Fl 4<br>~~Baltimore, MD 21201-3020~~ |
| US Department of Justice<br>~~950 Pennsylvania Ave NW~~<br>~~Washington, DC 20530-0009~~ | Universal Collction Sv<br>7370 Grace Dr Ste B<br>Columbia, MD 21044-3298 | Universal Credit Collections<br>~~7370 Grace Drive, Suite B~~<br>~~Columbia, MD 21044-3298~~ |
| Frida Naah Ngam                **(EMAIL)**<br>8727 Timber Oak Lane<br>Laurel, MD 20723-5905 | John D. Burns               **(VIA ECF)**<br>The Burns LawFirm, LLC<br>6303 Ivy Lane, Ste. 102<br>Greenbelt, MD 20770-6322 | Marc H. Baer                **(VIA ECF)**<br>455 Main Street<br>Reisterstown, MD 21136-1979 |

Nathaniel T. DeLoatch
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, NE
Suite 3000
Atlanta,, GA 30308

Kay S. Kress
Troutman Pepper Hamilton Sanders LLP
Suite 1800, 4000 Town Center
Southfield, MI 48075-1505

| | | |
|---|---|---|
| Jefferson Capital<br>16 Mcleland Road<br>Saint Cloud, MN 56303 | (d)Jefferson Capital Syst<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 | Macys/Dsnb<br>Po Box 8218<br>Mason, OH 45040 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Nationwide Judgment Recovery, Inc. | (u)Germaine Ngata Sob<br>INVALID ADDRESS PROVIDED | (u)HSBC<br>INVALID ADDRESS PROVIDED |
| (u)Sallie Mae, ADMIN & Agent for SLM Educatio<br>INVALID ADDRESS PROVIDED | (u)Solomon E. Agbor<br>INVALID ADDRESS PROVIDED | (u)Us Dept Ed<br>INVALID ADDRESS PROVIDED |

End of Label Matrix
Mailable recipients    50
Bypassed recipients     6
Total                  56