Entered: March 31st, 2022
Signed: March 31st, 2022

**SO ORDERED**

The Court observes that an adversary proceeding objecting to discharge was filed on March 21, 2022.



**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| **Frida Naah Ngam** | ) | |
| | ) | Case No. 21-15765-MMH |
| Debtor. | ) | |
| | ) | |

## ORDER EXTENDING TIME FOR NATIONWIDE JUDGMENT RECOVERY, INC. TO FILE A COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF CERTAIN DEBT PURSUANT TO 11 U.S.C. § 523(c)

This matter is before the Court on the Motion of Nationwide Judgment Recovery, Inc. ("**Nationwide**") to Extend the Time Within Which Nationwide May File a Complaint Objecting to the Dischargeability of Certain Debt Pursuant To 11 U.S.C § 523(c) (the "**Motion**"). The Court having read and considered the Motion; and it appearing that the Motion was filed before the expiration of the deadline for filing a complaint to determine the dischargeability of a debt; and for good cause shown; it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is granted, and the time within which Nationwide must file a complaint to determine the dischargeability of a debt pursuant to 11 U.S.C. § 523(c) is hereby extended to and including the date of entry of this Order.

Copies to:

Richard E. Hagerty
*Counsel for Nationwide Judgment Recovery, Inc.*

John B. Burns
*Counsel for Debtor*

Frida Naah Ngam
8727 Timber Oak Lane
Laurel, MD 20723
*Debtor*

Marc H. Baer
*Chapter 7 Trustee*

**END OF ORDER**